IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JULIO CESAR GONZALEZ DE ARMAS | : | CIVIL ACTION |
| | : | |
| | : | No. 26-2683 |
| v. | : | |
| | : | |
| J.L. JAMISON, *Warden, FDC* | : | |
| *Philadelphia, In his official capacity*, et al. | : | |

## ORDER

AND NOW, this 9th day of June 2026, upon consideration of Petitioner Julio Cesar Gonzalez de Armas's Second Amended Petition and Motion for Preliminary Injunction, it is

**ORDERED:**

1. The Government has **seven (7) days** from the date of this Order to file a response to the Motion for Preliminary Injunction.

2. The Government has **fourteen (14) days** from the date of this Order to file a response to the Second Amended Petition.

3. Petitioner will have **seven (7) days** to file a reply to any responses.

BY THE COURT:

 /s/ Juan R. Sánchez
Juan R. Sánchez, J.