IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JULIO CESAR GONZALEZ DE ARMAS | : | CIVIL ACTION |
| | : | |
| | : | No. 26-2683 |
| v. | : | |
| | : | |
| J.L. JAMISON, *Warden, FDC* | : | |
| *Philadelphia, In his official capacity*, et al. | : | |

## ORDER

AND NOW, this 7th day of July 2026, upon consideration of Petitioner Julio Cesar Gonzalez de Armas's stipulation to voluntarily dismiss from this action Attorney General David Sunday and Lehigh County District Attorney Gavin P. Holihan, along with any and all claims against these parties, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), it is ORDERED Respondents David Sunday and Gavin P. Holihan are dismissed from this case. The Clerk is directed to update the docket accordingly.

BY THE COURT:

 /s/ Juan R. Sánchez
Juan R. Sánchez, J.