IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JULIO CESAR GONZALEZ DE ARMAS | : | CIVIL ACTION |
| | : | No. 26-2683 |
| v. | : | |
| | : | |
| J.L. JAMISON, *Warden, FDC Philadelphia, in his official capacity*, et al. | : | |

**ORDER**

AND NOW, this 18th day of August, 2026, upon consideration of Petitioner Julio Cesar Gonzalez de Armas's Motion for a Preliminary Injunction and/or Bail Pending Resolution of Habeas Corpus Petition (Dkt. No. 22), the Government's opposition, the parties' additional submissions, and the record developed for the July 22, 2026 evidentiary hearing, and for the reasons stated in the accompanying Memorandum, it is **ORDERED**:

1. The Motion is **GRANTED**.
2. The Government shall **RELEASE** Petitioner from custody immediately and shall certify compliance with this Order and accompanying Memorandum by filing on the docket no later than **5:00 P.M. EDT on August 19, 2026**.
3. In doing so, the Government shall not subject Petitioner to any conditions of release including the imposition of any and all GPS monitoring technology or devices that he was not subject to before his current detention.
4. The Government shall return Petitioner's personal property that it seized during his arrest and detention including his personal identification and documents.
5. During the pendency of this action, the Government is **PRELIMINARILY ENJOINED** from detaining Gonzalez de Armas under 8 U.S.C. § 1226(c)(1)(E) based solely on the June 3, 2025 Pennsylvania summary retail theft disposition.

6. This Order does not prevent detention based on materially different grounds established after entry of this Order through constitutionally adequate process, including new criminal conduct.
7. No security is required under Federal Rule of Civil Procedure 65(c).
8. This preliminary injunction shall remain in effect until further order of the Court or entry of final judgment.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, J.