IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JULIO CESAR GONZALEZ DE ARMAS | : | CIVIL ACTION |
| | : | No. 26-2683 |
| v. | : | |
| | : | |
| J.L. JAMISON, *Warden, FDC Philadelphia, in his official capacity*, et al. | : | |

**ORDER**

AND NOW, this 26th day of October, 2026, it is hereby ORDERED that a teleconference to discuss the remaining adjudication of the Petition for Writ of Habeas Corpus, including outstanding motions, is scheduled for **Monday, November 2, 2026 at 1:00 p.m.** Dial-in information will be circulated separately via email.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, J.