IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JULIO CESAR GONZALEZ DE ARMAS | : | CIVIL ACTION |
| | : | |
| | : | No. 26-2683 |
| v. | : | |
| | : | |
| J.L. JAMISON, *Warden, FDC Philadelphia, In his official capacity*, et al. | : | |

**ORDER**

AND NOW, this 5th day of November, 2026, following the teleconference with the parties on November 2, 2026, it is **ORDERED** that optional letter briefs in support of, or in opposition to, the habeas petition shall be due on or before November 19, 2026. The parties may include in their letter briefs any proposed conditions of release.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, J.