IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JULIO CESAR GONZALEZ DE ARMAS | : | CIVIL ACTION |
| | : | No. 26-2683 |
| v. | : | |
| J.L. JAMISON, *Warden, FDC Philadelphia, In his official capacity*, et al. | : | |

**ORDER**

AND NOW, this 5th day of November, 2026, upon consideration of Petitioner Julio Cesar Gonzalez de Armas's Motion to Compel Discovery (Dkt. No. 42), the Government's Response in Opposition (Dkt. No. 51), the Government's unopposed Motion to Seal Petitioner's Arrest Record (Dkt. No. 44), and Petitioner's unopposed Motion to Redact Transcript (Dkt. No. 57), it is **ORDERED**:

1. The Motion to Compel Discovery (Dkt. No. 42) is **DENIED** as moot.
2. The Motion to Seal Petitioner's Arrest Record (Dkt. No. 44) is **GRANTED**. Petitioner's arrest record (Dkt. No. 45) shall be filed **UNDER SEAL**.
3. The Motion to Redact Transcript (Dkt. No. 57) is **GRANTED**. Petitioner is **DIRECTED** to provide a redacted copy of the transcript.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, J.