IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JULIO CESAR GONZALEZ DE ARMAS | : | CIVIL ACTION |
| | : | No. 26-2683 |
| v. | : | |
| | : | |
| J.L. JAMISON, *Warden, FDC Philadelphia, In his official capacity*, et al. | : | |

**ORDER**

AND NOW, this 10th day of November, 2026, pursuant to the Court's Order on November 5th, 2026 (Dkt. No. 66), the Court **DIRECTS** the Clerk of Court to replace the transcript of the motion hearing held on July 22, 2026 (Dkt. No. 55) with Petitioner's redacted transcript.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, J.